UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

_____

MOHAMMAD KHOSHNEVISZADEH,

      Plaintiff,

**V.**                                                                     Case No. 4:22-cv-00012-RK

SAMS WEST, INC., KEVIN COKELEY,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

      Plaintiff's motion to remand (Doc. 13) is GRANTED and the case is remanded to state court.

**IT IS SO ORDERED.**

Dated: April 20, 2022                                        /s/ Paige Wymore-Wynn
                                                                                       Clerk of the Court

Entered: April 20, 2022                                   /s/ LaTandra Wheeler
                                                                                       Deputy Clerk